# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| James Garland and Teresa Garland, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Bayview Loan Servicing, LLC,<br><br>Defendant. | CIVIL ACTION NO.<br>6:14-cv-02044-EJM<br><br><br>MOTION FOR ADMISSION<br>PRO HAC VICE |

Thomas J. Lyons Jr., a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of James Garland and Teresa Garland. Thomas J. Lyons Jr., states that he is a member in good standing of the bar of the United Stated District Court for the District of Minnesota, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Thomas J. Lyons, Jr., further states he will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Samuel Z. Marks and L. Ashley Zubal, attorneys who have been admitted to the bar of this district under LR 83.1.b and c and who have entered an appearance in this case.

*The certificate of good standing required by Administrative Order No. 10-AO-4-P is attached.*

Thomas J. Lyons, Jr. states he can be contacted at the following locations:

>Consumer Justice Center, P.A.
>367 Commerce Ct.
>Vadnais Heights, MN 55127
>Telephone: (651)770-9707
>Facsimile: (651)704-0907
>Email: tommycjc@aol.com

Dated this 9th day of July, 2014.

>By: s/Thomas J. Lyons Jr.
>Thomas J. Lyons, Jr., Esq.
>Attorney I.D. #: 0249646
>367 Commerce Ct.
>Vadnais Heights, MN 55127
>Telephone: (651)770-9707
>Facsimile: (651)704-0907
>Email: tommycjc@aol.com