**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| JAMES GARLAND and TERESA GARLAND, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC,<br><br>Defendant. | Civil Action No. 6:14-cv-02044-EJM<br><br>**MOTION FOR PRO HAC VICE ADMISSION OF GREGORY N. BLASE** |

Gregory N. Blase, a lawyer who is not a member of the bar of this district, moves to appear in this case *pro hac vice* on behalf of defendant Bayview Loan Servicing, LLC ("Bayview"). Gregory N. Blase states that he is a member in good standing of the bar of each of the following courts:

| Jurisdiction/Court (Bar No.) | Date of Admission |
|---|---|
| Commonwealth of Massachusetts (662751) (Active) | February 17, 2006 |
| State of Michigan (P66079) (Active) | November 13, 2003 |
| United States District Court for the District of Massachusetts | July 27, 2006 |
| United States District Court for the Eastern District of Michigan | December 9, 2003 |
| United States District Court for the Western District of Michigan | April 7, 2005 |
| United States District Court for the Northern District of Illinois | February 19, 2008 |
| United States District Court for the Eastern District of Wisconsin | June 22, 2007 |
| United States Court of Appeals for the First Circuit | November 8, 2006 |
| United States Court of Appeals for the Sixth Circuit | May 23, 2005 |
| United States Court of Appeals for the Ninth Circuit | April 20, 2010 |
| United States Court of Appeals for the Eleventh Circuit | March 2, 2011 |

Gregory N. Blase further states that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the

state courts of Iowa in connection with his *pro hac vice* representation of Bayview in this case.

Pursuant to Administrative Order No. 10-AO-4-P, certificates of good standing from the Massachusetts Board of Bar Overseers and the State Bar of Michigan are attached as <u>Exhibit A</u> to this motion.

Gregory N. Blase further states that he will comply with the associate counsel requirements of LR 83.1.d.4 by associating with attorney Mark Walz, Esq. of Davis, Brown, Koehn, Shors & Roberts, P.C., whose office is located at The Highland Building, 4201 Westown Parkway, Suite 300, West Des Moines, Iowa 50266.  Mr. Walz is a lawyer who has been admitted to the bar of this district under LR 83.1.b and c and who has appeared in this case on behalf of Bayview.

Respectfully submitted,

BAYVIEW LOAN SERVICING LLC,

By its attorneys,

*/s/ Gregory N. Blase*
Gregory N. Blase, Esq.
   gregory.blase@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel. (617) 261-3100
Fax (617) 216-3175

Dated July 31, 2014

Copy to:

The cm/ecf service list

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by depositing the same in the U.S. Mail, postage per-paid, to their respective mailing addresses disclosed on the pleadings or, in the event the party is represented by counsel, to their counsel; or notice of the filing of this instrument was sent by e-mail, via CM/ECF, to all parties on the service list who have registered to receive service by e mail over CM/ECF, on July 31, 2014.


Signature: s/s Mark D. Walz